UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRYAN SORRELL,

    Defendant.
_____/

Case No. 13-cr-20764-3
Paul D. Borman
United States District Judge

## ORDER

(1) ADOPTING MAGISTRATE JUDGE GRAND'S COMPREHENSIVE "REPORT AND RECOMMENDATION TO DENY PETITIONER'S MOTION UNDER § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE" (ECF NO. 934, JULY 1, 2021)

(2) DENYING DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE

(3) DENYING DEFENDANT'S REQUEST FOR A CERTIFICATE OF APPEALABILITY

Magistrate Judge David Grand issued a 21-page comprehensive Report and Recommendation (R&R) denying Petitioner's Motion under 28 U.S.C. § Denying Defendant's Motion Under "§ 2255 to Vacate, Set Aside or Correct Sentence (ECF No. 774)."

1

This Court having read Judge Grand's R&R (ECF No. 934) and Defendant's Objections to the R&R (ECF No. 940, August 16, 2021), DENIES Defendant's Objections, and ADOPTS the R&R, and DENIES Defendant's request for a Certificate of Appealability on his claims relating to the Supreme Court decision in *United States v. Davis,* 139 S.Ct. 2319 (2019).

SO ORDERED.

DATED: October 25, 2021

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE